UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
                                                   :
In re                                      :          Chapter 11

OLIVER 889, LLC,                  :          Case No.  24-10215-lgb

                      Debtor.      :

-----------------------------------------------------X

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Warshaw Burstein, LLP hereby appears on behalf of 889 Realty, Inc., a creditor, in the above-captioned case pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 3017, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and 11 U.S.C. §§102(1), 342 and 1109(b), and hereby requests that copies of all notices and pleadings given or filed in the above-captioned case be given and served upon the person listed below at the following address, telephone and facsimile number, and email address:

> Martin S. Siegel, Esq.
> Warshaw Burstein, LLP
> 575 Lexington Avenue
> New York, New York 10022
> Tel: (212) 984-7700
> Fax: (212) 972-9150
> msiegel@wbny.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and Codes sections specified above, but also includes, without limitation, any orders and notices of any application, complaint, demand, motion, petition, pleading or

request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, courier, hand delivery, e-mail, facsimile, telephone, telex, electronically or otherwise, filed or made with regard to the above-captioned case and proceedings therein, which affect or seek to affect in any way the Debtor, any right or interest of the Debtor, or affects or seeks to affect any rights or interest of any party in interest in this case or any related proceeding.

**PLEASE TAKE FURTHER NOTICE** that, the undersigned intends that neither this Notice of Appearance and Demand for Notices and Papers nor any subsequent appearance, pleading, claim or suit shall be deemed or construed to be a waiver of the right of 889 Realty, Inc.: (i) to have final orders in non-core matters entered only after *de novo* review by a United States District Court; (ii) to have a trial by jury in any action or proceeding so triable in this case or any case, controversy, or proceeding related to this case: (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) to any other rights, claims, actions, setoffs, or recoupments to which 889 Realty, Inc. is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments 889 Realty, Inc. expressly reserves without limitation.

Dated: New York, New York
February 28, 2024

                                       **WARSHAW BURSTEIN, LLP**
                                       *Counsel for 889 Realty, Inc.*

By:    /s/ Martin S. Siegel_____
        Martin S. Siegel (MS-9490)
        575 Lexington Avenue
        New York, New York 10022
        (212) 984-7700

# **CERTIFICATE OF SERVICE**

By filing the Notice of Appearance and Demand for Service of Papers on the docket for this case through the Case Management/Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of New York (the "CM/ECF System"), registered users of the CM/ECF System designated to receive electronic notice of events in this case through the CM/ECF System received notice of this filing in accordance with General Order No. 399 of the United States Bankruptcy Court for the Southern District of New York, and Federal Rule of Bankruptcy Procedure 9036:

Oliver 889, LLC
889 Broadway
New York, NY 10003

Jeffrey A. Dove
Barclay Damon LLP
125 East Jefferson Street
Syracuse, NY 13202

Ilan Markus
Barclay Damon LLP
545 Long Wharf Drive, 9th Floor
New Haven, CT 06511

Nat Wasserstein
Lindenwood Associates, LLC
328 North Broadway, 2nd Floor
Upper Nyack, NY 10960

United States Trustee
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, New York 10004

Newtek Bank, National Association f/k/a National Bank of New York
c/o Matthew Burrows
Chartwell Law
One Battery Park Plaza, Suite 701
New York, New York 10004

**WARSHAW BURSTEIN, LLP**
*Counsel for 889 Realty, Inc.*

By: /s/ Martin S. Siegel
Martin S. Siegel (MS-9490)
575 Lexington Avenue
New York, New York 10022
(212) 984-7700

{1656497.1}    4